# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 94CV73575 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JAMES AND MAUREEN HALLER | Subpoena for Debtor's Exam |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Maureen Haller, c/o Michael L. Bars, Esq., Michael Bars & Associates

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

255 N. Telegraph Road, Suite 204, Waterford, MI 48328

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

US Attorney's Office
Financial Litigation Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before July 26, 2005

Please confirm counsel will accept service by telephone (248) 683-7060

Signature of Attorney or other Originator requesting service on behalf of:
Jacqueline M. Hotz, AUSA   [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (313) 226-9108
DATE: 06-23-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 39
District to Serve No.: 39
Signature of Authorized USMS Deputy or Clerk: L. Wood
Date: 6/23/05

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
ALLISON BARS, LEGAL ASSISTANT

Address (complete only if different than shown above):
SAME ADDRESS AS ABOVE

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/26/05
Time: 9:30 [ ]am [ ]pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       1. CLERK OF THE COURT       FORM USM-285 (Rev. 12/15/80)