# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 94CV73575 |
| DEFENDANT | TYPE OF PROCESS |
| JAMES HALLER | Subpoena for Debtor's Exam |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James Haller c/o Scott Sitner, Esq. Law Offices of Scott D. Sitner

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

555 S. Old Woodward Avenue, Suite 700, Birmingham, MI 48009

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

US Attorney's Office
Financial Litigation Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before July 26, 2005

Please confirm counsel will accept service by telephone (248) 644-4484

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jacqueline M. Hotz, AUSA | | (313) 226-9108 | 06-23-05 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 37 | 37 | Woods | 6/23/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 072905  Time: 1730 pm  Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
7/29/05 Served Maureen Haller, who contacted Sitner, who was not available for svc. But stated he would appear. 50 miles

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

# United States District Court
# Eastern District of Michigan

## Subpoena in a Civil Case and Return of Service Form

| Plaintiff(s)<br>UNITED STATES OF AMERICA<br>U.S. Attorney's Office<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3211 | v | Defendant(s)<br>JAMES HALLER<br>3810 Shady Beach<br>Orchard Lake, MI 48324-3063 |
|---|---|---|

TO: JAMES HALLER
C/o Scott Sitner, Esq.
Law Offices of Scott D. Sitner

555 S. Old Woodward Avenue
Suite 700
Birmingham, MI 48009

| CASE NO. | 94CV73575 |
|---|---|
| JUDGE | AVERN COHN |

☐ SUBPOENA FOR ATTENDANCE AT TRIAL
☒ SUBPOENA FOR ATTENDANCE AT A DEPOSITION
☐ DOCUMENT PRODUCTION REQUEST ONLY
☐ PROPERTY INSPECTION REQUEST ONLY

| **COMMAND TO APPEAR** | YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you. |
|---|---|

Place:
UNITED STATES ATTORNEY'S OFFICE
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211

Date: **AUGUST 9, 2005**
Time: **11:00 A.M.**

☒ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
☐ APPEARANCE WITHOUT DOCUMENTS

| **COMMAND FOR DOCUMENTS** | YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified. |
|---|---|

Place:

Date:
Time:

Description of documents/items to be produced or property to be inspected:

**SEE ATTACHED**

| This subpoena is issued by (name, address and telephone number of attorney:)<br>JACQUELINE M. HOTZ (P35219)<br>211 W. FORT ST., STE. 2001<br>DETROIT, MI 48226<br>313.226.9108 | Date of execution<br>JUN 2 3 2005<br>On behalf of the<br>☒ Plaintiff ☐ Defendant | Signature of issuing attorney's/court officer<br>JACQUELINE M. HOTZ<br>ASSISTANT U.S. ATTORNEY<br>/s/ Jacqueline M. Hotz |
|---|---|---|

INTERROGATORIES-0129-MIE-4/92 REV. 4/94                                   PAGE ONE OF TWO

## LIST OF DOCUMENTS TO BRING TO DEPOSITION

1. Earnings statements from your most recent paychecks or other documents reflecting compensation of any type received by you within the previous 12 months

2. Bank statement(s) from all banks or other financial institutions where you have any account of any kind from the previous 12 months

3. All trust agreements in which you are named trustor, trustee or beneficiary

4. All deeds, leases, contracts and other documents representing any ownership interest you have in any real property and all deeds of trust, mortgages or other documents evidencing encumbrances of any kind on your real property.

5. All stocks, bonds or other securities you may own; all brokerage statements reflecting ownership

6. Title to motor vehicles you own

7. All life insurance policies in which you are identified as either the insured or the beneficiary

8. All promissory notes held by you and all documents evidencing any money owed to you either now or in the future

9. All financial statements, profit and loss statements or balance sheets furnished by you within the preceding 24 months

10. All deeds, bills of sale or other documents prepared in connection with any transfer made by you, either by gift, sale or otherwise, within the preceding 24 months

11. Copies of regular expenses paid by you, such as installment debts, food, utilities, etc.

12. Copies of documents reflecting your receipt of any funds from any third party.

13. All documents evidencing any interest you have in any pension plan, retirement fund or profit-sharing plan.

14. Copies of local, state and federal income tax returns for the preceding 3 years.

U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on*
*Claims Due the United States)*
**NOTE:** Use additional sheets where space on this form is insufficient or continue on back of last page.

## FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y, Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

---

**Section 1**
Personal Information

1. Full Name(s) _____
   Street Address _____
   City _____ State _____ Zip _____
   County of Residence _____
   How long at this residence? _____

   1a. Home Telephone: (___) _____
       Best Time to Call _____ a.m. _____ p.m.
   1b. Cellular Number: (___) _____
   2. Marital Status:
      ☐ Married       ☐ Separated
      ☐ Unmarried (single, divorced, widowed)

3. Your Social Security No. (SSN) _____
4. Spouse's Social Security No. _____

   3a. Your Date of Birth (mm/dd/yy) _____
   4a. Spouse's Date of Birth (mm/dd/yy) _____

5. ☐ Own Home  ☐ Rent  ☐ Other (specify, i.e. share rent, live with relative) _____

6. List the dependants you can claim on your tax return: (Attach sheet if more space is needed)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| _____ | _____ | ____ | ☐ No  ☐ Yes | _____ | _____ | ____ | ☐ No  ☐ Yes |
| _____ | _____ | ____ | ☐ No  ☐ Yes | _____ | _____ | ____ | ☐ No  ☐ Yes |

---

**Section 2**
Your Business Information

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
   ☐ No  ☐ Yes  If yes, provide the following information:
   7a. Name of Business _____     7c. Employer Identification No: _____
   7b. Street Address _____       7d. Do you have employees?        ☐ No  ☐ Yes
   City _____ State _____ Zip _____         7e. Do you have accounts receivable? ☐ No  ☐ Yes
                                                   If yes, please complete section 8 on page 5.

☞ **ATTACHMENTS REQUIRED:** Please provide proof of self-employment income for the **prior 3 months**
(e.g. invoices, commissions, sales records, income statement).

---

**Section 3**
Employment Information

8. Your employer _____
   Street Address _____
   City _____ State _____ Zip _____
   Work telephone no. (___) _____
   May we contact you at work? ☐ No  ☐ Yes
   8a. How long with this employer? _____
   8b. Occupation _____

9. Spouse's Employer _____
   Street Address _____
   City _____ State _____ Zip _____
   Work telephone no. (___) _____
   May we contact you at work? ☐ No  ☐ Yes
   9a. How long with this employer? _____
   9b. Occupation _____

☞ **ATTACHMENTS REQUIRED:** Please provide proof of gross earnings and deductions **for the past 3 months from each employer** (e.g. pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

Name_____   SSN_____   Page 2

| Section 4 | 10. Do you receive income from sources other than your own business or your employer? (Check all that apply.) |
|---|---|
| Other Income Information | ☐ Pension    ☐ Social Security    ☐ Other (specify, e.g. child support, alimony, rental)_____ |

☞ ATTACHMENTS REQUIRED: Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 statement as long as 3 months is represented.

**Section 5**
Banking, Investment, Cash, Credit and Life Insurance Information

11. **CHECKING ACCOUNTS.** List all checking accounts. (If you need additional space, attach a separate sheet.)

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 11b. | Checking | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 11c. | Total Checking Accounts Balances | | | $_____ |

12. **OTHER ACCOUNTS.** List all accounts, including brokerage, savings and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 12b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 12c. | Total Other Account Balances | | | $_____ |

☞ ATTACHMENTS REQUIRED: Please include your current bank statements (checking, savings, money market and brokerage accounts) for the past 3 months for all accounts.

13. **INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount (if any) | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 13b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 13c. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |

13d. **Total Investments**   $_____

14. **CASH ON HAND.** Include any money that you have that is not in the bank.

14a. Total Cash on Hand  $_____

Name_____    SSN_____    Page 3

**Section 5 continued**

15. **AVAILABLE CREDIT.** List all lines of credit, including credit cards. (If you need additional space, attach a separate sheet.)

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 15a. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |
| 15b. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |

15c. **Total Minimum Payments**   $_____

16. **LIFE INSURANCE.** Do you have life insurance with a cash value?   ☐ No   ☐ Yes
(Term Life Insurance does not have a cash value.)
16a. Name of Insurance Company_____
16b. Policy Number(s)_____
16c. Owner of Policy_____
16d. Current Cash Value $_____   16e. Outstanding Loan Balance $_____

Subtract "Outstanding Loan Balance: line 16e from "Current Cash Value" line 16d = 16f $_____

☞ ATTACHMENTS REQUIRED: Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

**Section 6 Other**

17. **OTHER INFORMATION.** Respond to the following questions related to your financial condition:
(Attach a separate sheet if you need more space.)Information
17a. Do you have a safe deposit box? ☐ No ☐ Yes
If yes, please include the name and address of location of box, the box number and the contents below:
_____
_____

17b. Do you have a will? ☐ No   ☐ Yes; if yes, where is it kept?_____
17c. Are there any garnishments against your wages? ☐ No   ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17d. Are there any judgments against you? ☐ No   ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17e. Are you a party to a lawsuit? ☐ No   ☐ Yes
If yes, amount of suit $_____ Possible completion date_____ Court_____
Subject matter of suit_____
17f. Did you ever file bankruptcy? ☐ No   ☐ Yes
If yes, date filed_____ Date discharged_____
17g. In the past 10 years did you transfer any assets out of your name for less than their actual value?
☐ No ☐ Yes
If yes, what asset?_____ Value of asset at time of transfer $_____
When was it transferred?_____ To whom was it transferred?_____
17h. Do you anticipate any increase in household income in the next 2 years? ☐ No   ☐ Yes
If yes, why will the income increase?_____ (Attach sheet if you need more space.)
How much will it increase?_____
17i. Are you a beneficiary of a trust or an estate? ☐ No   ☐ Yes
If yes, name of the trust or estate_____ Anticipated amount to be received $_____
When will the amount be received?_____
17j. Are you a participant in a profit sharing plan? ☐ No   ☐ Yes
If yes, name of plan_____ Value in plan $_____

Name_____     SSN_____     Page 4

**Section 7**
Assets and Liabilities

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

*Current Value is the amount you could sell the asset for today

| | Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payment |
|---|---|---|---|---|---|---|
| 18a. | _____ | $_____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | | |
| 18b. | _____ | $_____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | | |

**LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | Lease Balance | Name and Address of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 18c. | _____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | |
| 18d. | _____ | $_____ | _____ | _____ | $_____ |
| | _____ | | | | |

☞ **ATTACHMENTS REQUIRED**: Please include your current statement from lender with monthly car payment and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City State, Zip, County Lender/Lien Holder | Date Purchased | Purchase Price | *Current Value | Loan Balance | Monthly Pymt |
|---|---|---|---|---|---|
| 20a._____ | _____ | $_____ | $_____ | $_____ | $_____ |
| _____ | | | | | |
| _____ | | | | | |
| 20b._____ | _____ | $_____ | $_____ | $_____ | $_____ |
| _____ | | | | | |

**21. PERSONAL ASSETS.** List all personal assets below. (If you need additional space, attach a separate sheet.)
*Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances
*Other Personal Assets* includes all artwork, jewelry, collections, antiques or other assets

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 21a. | Furniture/Personal Effects | $_____ | $_____ | _____ | $_____ | _____ |
| | Other: (List below) | | | | | |
| 21b. | Artwork | $_____ | $_____ | _____ | $_____ | _____ |
| 21c. | Jewelry | $_____ | $_____ | _____ | $_____ | _____ |
| 21d. | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 21e. | _____ | $_____ | $_____ | _____ | $_____ | _____ |

Name_____ SSN_____ Page 5

**Section 7**
continued

**22. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes machinery, equipment, inventory or other assets.

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 22a. | Tools used in Trade/Business | $_____ | $_____ | _____ | $_____ | _____ |
| | Other: (List below) | | | | | |
| 22b. | Machinery | $_____ | $_____ | _____ | $_____ | _____ |
| 22c. | Equipment | $_____ | $_____ | _____ | $_____ | _____ |
| 22d. | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 22e. | _____ | $_____ | $_____ | _____ | $_____ | _____ |

**Section 8**
Accounts/
Notes
Receivable

*Use only if needed*

**23. ACCOUNTS/NOTES RECEIVABLE.** List all accounts separately, including contracts awarded, but not started. (If you need additional space, attach a separate sheet.)

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 23a. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23b. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23c. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23d. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23e. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23f. | Name_____ Address_____ City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

**Add "Amount Due" from lines 23a through 23f = 23g $_____**

Name _____   SSN _____   Page 6

**Section 9**  
Monthly Income and Expense Analysis

**If only one spouse has a debt, but both have income, list the total household income and expenses.**

| Total Income | | |
|---|---|---|
| **Source** | **Gross monthly** | |
| 24. Wages (yourself) | $_____ | |
| 25. Wages (spouse) | _____ | |
| 26. Interest - Dividends | _____ | |
| 27. Net Business Income | _____ | |
| 28. Net Rental Income | _____ | |
| 29. Pension/Social Security | _____ | |
| 30. Pension/Social Security (Spouse) | _____ | |
| 31. Child Support | _____ | |
| 32. Alimony | _____ | |
| 33. Other | _____ | |
| **34. Total Income** | $_____ | |

| Total Living Expenses | |
|---|---|
| **Expense Items[1]** | **Actual Monthly** |
| 35. Rent/Mortgage | $_____ |
| 36. Electric | _____ |
| 37. Natural Gas | _____ |
| 38. Cable TV | _____ |
| 39. Telephone | _____ |
| 40. Water | _____ |
| 41. Food | _____ |
| 42. Car Payment | _____ |
| 43. Gasoline | _____ |
| 44. Car Insurance | _____ |
| 45. Cell Phone/Pager | _____ |
| 46. Other Utilities | _____ |
| 47. Clothing & Misc. | _____ |
| 48. Health Care | _____ |
| 49. Court Ordered Payments | _____ |
| 50. Child/Dependant Care | _____ |
| 51. Life Insurance | _____ |
| 52. Other secured debt | _____ |
| 53. Other expenses | _____ |
| 54. Education Expenses | _____ |
| **55. Total Living Expenses** | $_____ |

☞ ATTACHMENTS REQUIRED: Please include:
- A copy of your last Form 1040 with all Schedules
- Proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g car payments, lease payments, fuel, oil, insurance, parking, registration)
- Proof of payments for health care, including health insurance premiums, co-payments and other out-of-pocket expenses
- Copies of any court order requiring payment and proof of such payments for the past 3 months

---

**CERTIFICATION**

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment.

_____    _____    _____  
Signature                          Social Security No.                Date

**WARNING**

False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.

---

[1] Expenses generally not allowed: We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable donations, voluntary retirement contributions, payments on unsecured debts such as credit card bills and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family.